**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                                      )   Cr. No. 07-131 (JR)<br>)<br>)<br>JOHNNY HODGE                                                 )<br>_____ ) | |

**DEFENDANT JOHNNY HODGE'S *IN LIMINE* MOTION TO COMPEL
PRODUCTION OF *JENCKS/GIGILO* MATERIAL IN A USABLE FORMAT**

COMES NOW, Johnny Hodge, defendant number 10, by and through Joseph Conte, 400 Seventh Street, N.W., Suite 400, Washington, D.C. 20004, pursuant to Federal Rules of Criminal Procedure 26.2, 18 U.S.C. §3500, *Jencks v. United States*, 353 U.S. 657 (1957), *Gigilio v. United States,* 405 U.S. 150 (1972) and the supervisory power of this court to respectfully request this Honorable Court to issue an order requiring the Government to produce for each cooperating witness they present a Compact Disk (CD) containing all of the judicially intercepted telephone conversations of the witness along with transcripts of the conversations. As grounds for this motion counsel has provided an accompanying memorandum of points and authorities.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated: April 28, 2008

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for Juan Carlos Guasca Legarda
400 Seventh St., N.W., #400
Washington, D.C. 20004
Phone:      202.638.4100
Fax:          202.628.0249
E-mail:      jrc1113@msn.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          )
                                  )
                                  )
         v.                       ) Cr. No. 07-131 (JR)
                                  )
                                  )
JOHNNY HODGE                      )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANT JOHNNY HODGE'S *IN LIMINE* MOTION TO COMPEL**
**PRODUCTION OF *JENCKS/GIGLIO* MATERIAL IN A USABLE FORMAT**

COMES NOW, Johnny Hodge, defendant number 10, in support of his *in limine* motion to compel production of *Jencks* material to state:

1. The defendant is charged with Conspiracy to Distribute and Possess With Intent to Distribute Cocaine.

2. Much of the evidence in this case is judicially intercepted telephone conversations of the defendants on trial and others.

3. Counsel anticipates that one or more of the government witnesses will be cooperating individuals who were recorded on the wiretap.

4. Counsel has been provided copies of all of the judicially intercepted telephone conversations. However, many of the phone conversations have not been translated and counsel is unable to identify all speakers on the wiretap.

5. The intercepted telephone calls of the government's witnesses constitute "statements" under Federal Rule of Criminal Procedure 26.2(f)(2) as "a substantially verbatim, contemporaneously recorded recital of the witness's oral statement that is contained in any recording or any transcription of a recording."

6. The intercepted telephone calls of the government's cooperating witnesses also constitute *Giglio (Giglio v. United States*, 405 U.S. 150 (1972)) material because it can be used to

impeach the witness either by prior inconsistent statements or plain impeachment.

7. In order to receive a fair trial counsel for the defendant will need to have ready access to a witnesses intercepted telephone conversations transcripts of those conversations. Since counsel for the United States is the only person who knows who the witnesses are, the only way to have ready access to the material is to have counsel for the government identify all the intercepted telephone conversations and to consolidate those calls along with the transcripts of those calls onto a compact disk or other digital media and produce that disk to counsel for the defendant(s) along with the witnesses other *Jencks/Giglio* material.[1]

WHEREFORE counsel respectfully requests that this motion be granted.

Respectfully submitted,

_____/s/_____
Joseph R. Conte

**CERTIFICATE OF SERVICE**

_____**I HEREBY CERTIFY** that a copy of the foregoing was served by the Electronic Case Filing system on all counsel.

_____/s/_____
Joseph R. Conte, Bar #366827
Counsel for Johnny Hodge
400 Seventh St., N.W.
Suite 400
Washington, D.C. 20004
Phone:        202.638.4100
Fax:           202.628.0249
E-mail:       jrc1113@msn.com

---

[1] By this motion counsel is not seeking early production of the material. The material sought by this motion should be produced along with any other *Jencks/Gigilio* material.

3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                ) | Cr. No. 07-131 (JR) |
| ) | |
| ) | |
| JOHNNY HODGE                        ) | |
| _____) | |

**O R D E R**

_____This matter is before the Court on the defendant Hodge's *in limine* motion to compel production of *Jencks/Giglio* material in a usable format and upon consideration of the motion and the Government's response thereto and after a hearing on the motion it is this _____ day of _____, 2008,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the United States shall provide compact disks or other digital media of any cooperating witness's telephone conversations along with transcripts

**SO ORDERED.**

_____
James Robertson
United States District Judge