**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )   Cr. No. 07-131 (JR)<br>)<br>JOHNNY HODGE )<br>)<br>_____ ) | |

**MOTION TO CONTINUE SENTENCING**

  COMES NOW, Johnny Hodge, through counsel, Joseph R. Conte, 400 Seventh Street, N.W., Suite 400, Washington, D.C. 20004, to respectfully request that this honorable court continue the defendant's sentencing until after June 25, 2008. As grounds for this motion counsel would state the following.

  1. Sentencing is currently scheduled for June 18, 2008.

  2. The defendant is pending sentencing pursuant to a plea agreement with the United States under Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. The plea agreement provides for a sentence of 96 months and further provides that the sentence should run concurrent to any sentence the defendant receives in the District of Columbia Superior Court in case numbers 2005 CF2 4259 and 2005 CF2 4260.

  3. The defendant's convictions in the D.C. Superior Court are for cocaine distribution offenses which were made during the course of and in furtherance of the drug conspiracy for which the defendant is pending sentencing in this court. (The specific offenses for which the defendant is pending sentencing in D.C. Superior Court are alleged in overt acts 30, 33, 36, 37 and 38 of the superseding indictment). The D.C. Superior Court cases are considered "relevant conduct" for federal sentencing guideline purposes.

  4. U.S.S.G. §5G1.3(b)(2) requires a concurrent sentence when the defendant is

serving a sentence for an offense which is relevant conduct to the offense for which the defendant is pending sentencing.

5. On June 11, 2008, the defendant appeared in D.C. Superior Court. At that time the defendant's probation was revoked and sentencing on those offenses was continued to June 18, 2008.

6. The judge in the D.C. Superior Court has indicated that he intends to impose a consecutive sentence to any other sentence the defendant has when he is sentenced on June 18, 2008.

7. In order to effectuate the intent of the parties in the plea agreement and ensure that the defendant does not receive a double sentence for his conduct a continuance of the sentencing date until after the defendant is sentenced in D.C. Superior Court is necessary.

8. Counsel has been unable to ascertain the position of the United States with respect to this motion.

WHEREFORE counsel respectfully requests that this motion be granted.

Respectfully submitted,

  /s/ *Joseph R. Conte*
Joseph R. Conte, Bar #366827
Counsel for Johnny Hodge
Law Offices of J.R. Conte
400 Seventh St., N.W., #400
Washington, D.C. 20004
Phone:    202.638.4100
Fax:    202.628.0249
E-mail:    jrc1113@msn.com

**CERTIFICATE OF SERVICE**

_____ I HEREBY CERTIFY that a copy of the foregoing was served by Electronic Case Filing to all parties of record.

                /s/ *Joseph R. Conte*
Joseph R. Conte, Bar #366827
Counsel for Johnny Hodge
Law Offices of J.R. Conte
400 Seventh St., N.W., #400
Washington, D.C. 20004
Phone:    202.638.4100
Fax:      202.628.0249
E-mail:    jrc1113@msn.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.          ) <br> ) <br> JOHNNY HODGE      ) <br> ) <br> _____ ) | Cr. No. 07-131 (JR) |

### O R D E R

This matter is before the court on the defendant's motion to continue sentencing and it appearing to the court that good cause is shown it is this _____ day of _____, 2008,

**ORDERED** that the defendant's motion should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the sentencing in this matter is continued to the _____ day of _____, 2008,

**SO ORDERED**.

_____
James Robertson
United States District Judge