CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Number 07-0131(JR) |
| | ) | |
| #5: FREDERICK MERCER | ) | Category   B |
| | ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>July 16, 2008</u> from <u>Judge James Robertson</u> to <u>The Calendar Committee</u>  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

                         JUDGE ELLEN SEGAL HUVELLE
                         Chair, Calendar and Case
                         Management Committee

cc:    <u>Judge Robertson</u> & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Criminal Case Processing Clerk
        U.S. Attorney—Judiciary Square Building, Room 5133
        Statistical Clerk

CO 324
Rev. 5/97

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Number 07-0131(JR) |
| | ) | |
| | ) | |
| | ) | |
| #7: MARTIN LEWIS | ) | Category   B |
| | ) | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on <u>July 16, 2008</u> from <u>Judge James Robertson</u> to <u>The Calendar Committee</u>  by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Robertson</u> & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Criminal Case Processing Clerk
       U.S. Attorney—Judiciary Square Building, Room 5133
       Statistical Clerk